```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
           CIVIL NO. 21-2376 (DSD/TNL)
```

Matthew Kurtenbach,

       Plaintiff,

**ORDER**

v.

Reliance Telephone Services,

       Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 11, 2022 (ECF No. 6), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 31, 2022

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court